

### [WHARTON v. HUDSON et al]

Richard Wharton agent to Robert Bendish & Comp[a] pl[t] against Capt[a] William Hudson, Thomas Joy & Robert Owen Defend[ts] according to Attachment vpon the acknowledgm[t] of judgment the pl[t] with drew his Accion.

### [WHARTON v. HOLLINGSWORTH]

Richard Wharton, pl[t] ags[t] Will[m] Hollingsworth Defend[t] in an Accion of the case for witholding from him y[e] Summe of Fifteen pounds thirteen Shillings & two pence or thereabouts in mony, being the ballance of theire Acco[ts] with due dammages according to Attachm[t] Dat. this 10th of 8[br] 1672. . . . The jury . . . finde for the pl[t] Fifteen pounds nine Shillings & five pence dammages & costs of Court being 20 sh[l]

Execucion issued Aprill: 22[d] 1674 for 16[li] 9[s] 5[d]

